UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Victor Hugo Gamez Martinez Pereira
    Petitioner

V.

CIVIL ACTION

NO. 1:25-cv-13008-ADB

Antone Moniz et al
    Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

    On October 30, 2025, the Court granted Petitioner's habeas petition and ordered that he receive a bond hearing. [ECF No. 8]. The government's status report, [ECF No. 10], states that Petitioner has been provided with a bond hearing and released from ICE custody on bond. Because Petitioner has been released from custody, this action is dismissed.

                               By the Court,

November 13, 2025                                /s/Caetlin McManus
    Date                                                     Deputy Clerk